GENEVA MINERAL SPRINGS CO., Respondent, v. STEELE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 6, 1912.) Action by the Geneva Mineral Springs Company against Charles A. Steele, impleaded with others.

PER CURIAM. It appearing that there are not four justices qualified to sit in this appeal, the same is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

GEORGE W. MALTBY & SONS CO. v. CHARLES P. BOLAND CO. et al. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by the George W. Maltby & Sons Company against the Charles P. Boland Company and others. No opinion. Motion denied. See, also, 137 N. Y. Supp. 470.

GINTEL, Respondent, v. WHITSON, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Louis Gintel against Frank L. Whitson. W. J. Patterson, of New York City, for appellant. L. Freiman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GOELET et al., Respondents, v. DONNELLY et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Mary R. Goelet and others, as surviving trustees, etc., against Hugh Donnelly and others. R. M. Morgan, of New York City, for appellants. T. De Witt, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

GOLDBERG v. ENGEL et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Rachel Goldberg against Harry M. Engel and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 138 N. Y. Supp. 1117.

GOLDBERG v. ENGEL et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Rachel Goldberg against Harry M. Engel and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1117.

GOLDMAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Morris Goldman against the Brooklyn Heights Railroad Company. J. I. Berman, of New York City, for appellant. D. A. Marsh, of Brooklyn, for respondent. No opinion. Order affirmed, with costs. Order filed.

GORDON v. BOONDAS. (Supreme Court. Appellate Term, First Department. December 6, 1912.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Samuel Gordon against Photias Boondas. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered. J. Nathan Helfat, of New York City, for appellant. Elias Rosenthal, of New York City, for respondent.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide the event, upon authority of Weis v. Levy, 106 App. Div. 496, 500, 94 N. Y. Supp. 857; Curtis v. Douglass (City Ct. N. Y.) 130 N. Y. Supp. 1054, and Sheridan v. Mayor, etc., 68 N. Y. 30.

GORHAM, Respondent, v. GALINGER, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Frank D. Gorham against Harry H. Galinger. F. Weinstein, of Brooklyn, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion for judgment on the pleadings granted, with $10 costs, on Reiner v. Galinger. 151 App. Div. 711, 136 N. Y. Supp. 205. Order filed.

GORMAN, Appellant. v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Mary Gorman against the City of New York. G. M. Curtis, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GRAHAM et al., Respondents, v. SHERIDAN, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Frank Graham and another against Phil Sheridan. L. Laski, of New York City, for appellant. A. F. Driscoll, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRANBERY, Appellant, v. WADDELL & EMERSON CO., Respondent. Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Imogene Granbery against the Waddell & Emerson Company. E. Putney, of New York City, for appellant. L. E. Crandall, of Warrensburg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRANITE ASSOCIATES v. LIPPMAN REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by the Granite Associates against the Lippman Realty Company and others.

PER CURIAM. Motion to dismiss appeal denied, on condition that the appellant file a stipulation within five days to the effect that, if successful on the appeal, it will confine its